Natasha Prinzing Jones
Tracey Neighbor Johnson
Karston E. Erickson
BOONE KARLBERG P.C.
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406) 543-6646
npjones@boonekarlberg.com
tnjohnson@boonekarlberg.com
kerickson@boonekarlberg.com
*Attorneys for Defendants City of Missoula, Missoula City Council & Mayor Andrea Davis.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| SHAWN S. MCKENZIE,<br><br>Plaintiff,<br>v.<br><br>POVERELLO CENTER, INC., ET. AL.<br><br>Defendants. | CV-25-97-KLD<br><br>**DEFENDANT CITY OF MISSOULA'S MOTION TO DISMISS** |

Defendant City of Missoula ("City") respectfully moves this court for an order dismissing this matter under Federal Rules of Civil Procedure 12(b)(6) because Plaintiff Shawn S. McKenzie ("McKenzie") fails to state a claim upon which relief can be granted. McKenzie was notified of this motion without response and is presumed to oppose it.

McKenzie fails to state a claim for relief for the following reasons: (1) he fails to plead sufficient facts to establish actions by private actors were "state

actions" for the purposes of 42 U.S.C. § 1983 and his alleged Second, Fourth and Fourteenth Amendment violations; (2) McKenzie fails to plead sufficient facts that any Fourth Amendment violation occurred; (3) McKenzie fails to sufficiently plead he was deprived of a constitutionally protected property interest under the Fourteenth Amendment's Due Process clause; (4) McKenzie fails to sufficiently plead a Fourteenth Amendment Equal Protection violation as a "class of one"; (5) even if McKenzie did sufficiently plead constitutional violations, he fails to sufficiently plead facts to establish municipal liability for the City under § 1983; (6) McKenzie's Montana constitutional claims fail to comply with Rule 8, Fed. R. Civ. P., should be dismissed under the "explicit textual source rule" and are concomitant with his federal constitutional claims and thus fail for the same reasons.

A supporting brief is filed contemporaneously with this Motion.

DATED:  November 7, 2025

BOONE KARLBERG P.C.

/s/ *Karston E. Erickson*
Natasha Prinzing Jones
Tracey Neighbor Johnson
Karston E. Erickson
*Attorneys for Defendants City of Missoula, Missoula City Council and Major Andrea Davis*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the foregoing was served by electronic means to all parties noted in the Court's ECF transmission facilities.

DATED: November 7, 2025

                                        BOONE KARLBERG P.C.

                                        /s/ *Karston E. Erickson*
                                        Natasha Prinzing Jones
                                        Tracey Neighbor Johnson
                                        Karston E. Erickson
                                        *Attorneys for Defendants City of Missoula, Missoula City Council and Major Andrea Davis*