IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHAWN S. MCKENZIE,<br><br>  Plaintiff,<br><br>vs.<br><br>POVERELLO CENTER, INC., et al.,<br><br>  Defendants. | CV 25-97-M-KLD<br><br>ORDER |

On September 8, 2025, this Court ordered the service of Plaintiff's complaint on Defendants Poverello Center, Inc. ("Poverello Center") and Jill Bonny, Executive Director of the Poverello Center. (Doc. 8.) The Clerk mailed the complaint, the court's order, a notice of lawsuit and request to waive service of summons, and a waiver of service of summons to the Poverello Center and Jill Bonny at the publicly available mailing address for the Poverello Center. Neither Defendant has returned the signed waiver within the 30 day deadline in the Rule 4 notice of a lawsuit and request to waive service of summons. (Doc. 8-1).

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915 in this matter. 28 U.S.C. § 1915(d) provides, "the officers of the court shall issue and serve all process, and perform all duties in such cases." Accordingly, the Court has the responsibility of having the Complaint properly served upon Defendants. *See*

*Puett v. Blandford*, 912 F.2d 270, 275 (9th Cir. 1990); *Penton v. Pool*, 724 Fed.Appx. 546 (9th Cir. 2018).

Based on the foregoing, the Court enters the following:

## ORDER

1. Pursuant to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c), the Clerk of Court shall issue summons to Defendants Poverello Center and Jill Bonny and shall provide the following documents to the United States Marshals Service:

- the summons;
- the complaint (Doc. 2);
- the Court's order of September 8, 2025 (Doc. 8); and
- this order.

2. The United States Marshals Service or its designated agent shall personally serve Defendants the Poverello Center and Jill Bonny at the following address:

Poverello Center
1110 West Broadway Street
Missoula, Montana 59802

Service shall be made within 45 days of the date of this Order. If service is not made within that time, the Marshals Service may request an extension of time but must explain the circumstances to the Court. If service is not possible, the Marshals Service shall notify the Court and explain the circumstances.

<u>Plaintiff must immediately advise the Court of any change of address</u>.

Failure to do so may result in dismissal of the action without notice.

DATED this 17th day of November, 2025

Kathleen L. DeSoto
United States Magistrate Judge