IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHAWN S. MCKENZIE,<br><br>　　Plaintiff,<br><br>vs.<br><br>POVERELLO CENTER, INC., et al.,<br><br>　　Defendants. | CV 25-97-M-KLD<br><br><br>ORDER |

　　Defendants Poverello Center, Inc. and Jill Bonny ("Poverello Defendants") have filed a Motion to Stay Responsive Pleadings. (Doc. 65). The Poverello Defendants ask the Court to stay the time for them to respond to the following recent filings by pro se Plaintiff Shawn McKenzie: Motion to Strike Affirmative Defenses (Doc. 54); Sur-Reply in Opposition to Defendants' Motion to Dismiss (Doc. 55); Motion for Partial Summary Judgment (Doc. 56-58); Request for Judicial Notice (Doc. 59, 59-1, 59-2); Memorandum Preempting Anticipated Arguments (Doc. 60); and Notice to the Court of Public Records' Requests (Doc. 61). (Doc. 63). It is not clear whether Plaintiff objects to the motion. (Doc. 65 at 2). Nevertheless, because the Poverello Defendants have established good cause for a stay,

　　IT IS ORDERED that the Poverello Defendants' motion (Doc. 65). is

1

GRANTED. The time for the Poverello Defendants to file a responsive pleading to Docket Numbers 54-61 is hereby stayed pending the Court's resolution of Defendant Missoula County, Missoula County Board of Commissioners, the City of Missoula, Mayor Andrea Davis, the Missoula City Council, Poverello, and Jill Bonny's Motions to Dismiss.

    IT IS FURTHER ORDERED that if the Poverello Defendants remain a party in this case after the Court's resolution of the Motions to Dismiss, they shall have 60 days from the date of the entry of the Court's order to file their responsive pleadings to Docket Numbers 54-61.

    DATED this 19th day of February, 2026.

                                                          _____
                                                          Kathleen L. DeSoto
                                                          United States Magistrate Judge